**Electronically Filed
Supreme Court
SCAD-21-0000116
23-JUN-2021
10:51 AM
Dkt. 16 ODDP**

SCAD-21-0000116

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

OFFICE OF DISCIPLINARY COUNSEL,
Petitioner,

vs.

FREDERICK JOHN ARENSMEYER,
Respondent.

---

ORIGINAL PROCEEDING
(ODC Case No. DB 20-9002)

ORDER
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Upon consideration of the March 9, 2021 report, submitted by the Disciplinary Board of the Hawai‘i Supreme Court and the declarations and exhibits appended thereto, and the arguments of both Respondent Frederick J. Arensmeyer and the Office of Disciplinary Counsel (ODC) presented in the briefs, and after a *de novo* review of the record, we find the record does not establish, by clear and convincing evidence, that Respondent Arensmeyer, through his initial responses to ODC's inquiries into allegations of misconduct committed by a different attorney, knowingly created a misapprehension on ODC's part that hindered

ODC's investigations or that Respondent Arensmeyer otherwise failed to cooperate in ODC's investigation.  Therefore,

IT IS HEREBY ORDERED that the disciplinary proceeding is dismissed with prejudice.

DATED: Honolulu, Hawaiʻi, June 23, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins